No. 8903.   JAMES H. KILBOURNE, Administrator of the

610

Estate of Martha Seaman, deceased, PLAINTIFF AND RESPONDENT, *v.* GAYLEN HOLLAR, doing business as Hollar Transport Company and BILL DAVENPORT, DEFENDANTS AND APPELLANTS.

Decided Sept. 27, 1949.

*Messrs. Burke & Hibbs,* Billings, *Mr. Merle C. Groene,* Billings; for Appellant.

*Messrs. Coleman, Jameson & Lamey,* Billings, *Mr. Cale Crowley,* Billings, for Respondent.

Pursuant to Stipulation of Burke and Hibbs, Esqs., counsel for Appellants, and Coleman, Jameson and Lamey, Esqs., counsel for Respondent, requesting dismissal of the appeal herein.

It is ordered that said appeal be dismissed and that all original exhibits be returned to the district court forthwith.